**Rolando Esteban SANCHEZ, Petitioner–Appellant,**

**v.**

**G.D. LEWIS, Respondent–Appellee.**

**No. 14–55862.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 25, 2015.*

Filed Aug. 31, 2015.

Rolando Esteban Sanchez, Delano, CA, pro se.

Kelley A. Johnson, Esquire, Deputy Attorney General, Kevin Vienna, Supervising Deputy Attorney General, AGCA–Office of the Attorney General, San Diego, CA, for Respondent–Appellee.

Before: McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

## MEMORANDUM **

California state prisoner Rolando Esteban Sanchez appeals pro se from the district court's judgment granting in part and denying in part his 28 U.S.C. § 2254 habeas petition. We dismiss.

Sanchez raises several challenges to his convictions and sentence for murder and

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

related offenses. The district court granted a certificate of appealability ("COA") only as to Sanchez's claim that there was insufficient evidence to support his conviction for carrying a concealed weapon in a vehicle. While this appeal was pending, the state court dismissed that count.[1] Because Sanchez is no longer in custody for the concealed weapon offense, this court "cannot grant any effectual relief" in Sanchez's favor and the certified claim is moot. *See Calderon v. Moore*, 518 U.S. 149, 150, 116 S.Ct. 2066, 135 L.Ed.2d 453 (1996) (per curiam) (internal quotations omitted).

We treat Sanchez's additional arguments as a motion to expand the COA and deny the motion. *See* 9th Cir. R. 22–1(e); *Hiivala v. Wood*, 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**DISMISSED.**

---

1. We grant appellee's request for judicial notice of the transcript from Sanchez's June 30, 2014, resentencing hearing in state court.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).